

NUMBER 13-15-00159-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEONARDO VILLARREAL MORENO,                                    Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

On appeal from the 139th District Court
of Hidalgo County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Order Per Curiam

This cause is currently before the Court on appellant's second unopposed motion for extension of time to file the brief. The reporter's record was filed on July 22, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time

totaling 94 days to file the brief, and appellant now seeks an additional sixty days, until January 23, 2016, to file the brief.

The Court GRANTS appellant's second unopposed motion for extension to file the brief and ORDERS the Honorable O. Rene Flores to file the brief on or before January 25, 2016. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of December, 2015.